# Exhibit A

**Kyle McFadden**

**From:** Kyle McFadden
**Sent:** Sunday, July 16, 2023 8:34 AM
**To:** Douglas Stockham; trishdonnelley@mac.com
**Subject:** CBK Group 10 Agreements
**Attachments:** Operating Agreement CBK Group 10.pdf; Subscription Agreement Group 10.pdf; Scan signature pages Group 10.pdf; Wire Instructions CBK Group 10.pdf

Good morning, Doug and Trish.

This email is following up on the email sent last week with the Transaction Summary and appraisals.

The Operating Agreement and Subscription Agreement are attached. They mirror the agreements we used on your previous participation. To simplify, the third attachment is the signature pages. When you are able, please send them back and wire the funds.

If you have any questions, let us know.

Thank you,

Kyle McFadden
CBK FINANCIAL SOLUTIONS

140 Royal Palm Way Suite 103
Palm Beach, FL 33480

Phone: (561) 309-8688
Email: km@cbkfs.com

www.cbkfs.com

Exhibit
4

Valley

**VALLEY NATIONAL BANK**
**PALM BEACH OFFICE**
**335 S COUNTY ROAD**
**PALM BEACH, FL 33480**

**ROUTING/ABA NUMBER: 021201383**

**ACCOUNT# 50583549**

**FOR CREDIT TO: CBK GROUP 10, LLC**
**140 ROYAL PALM WAY STE 103**
**PALM BEACH FL 33480**

**REFFERENCE:**

*Wire Fraud Alert. Before wiring ANY money, call the intended recipient at a number you know is valid to confirm the instructions